**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000610
08-MAR-2023
07:50 AM
Dkt. 26 OAWST**

NO. CAAP-22-0000610

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JANET ARNESON, Plaintiff/Counterclaim Defendant-Appellant, v.
DAYNA CLAIRE OWSKEY, in her capacities as Personal Representative
of the Estate of Thomas C. Owskey; the Successor Trustee of
Thomas and Dayna Owskey Joint Trust; and Individually,
Defendants-Appellees

DAYNA CLAIRE OWSKEY, Trustee of the Thomas and Dayna Owskey
Joint Trust, Defendant/Counterclaimant-Appellee, v.
CENTRAL PACIFIC BANK, Third-Party Counterclaim Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0001060)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the "(Proposed) Stipulation to

Dismiss Appeal; Order" (**Stipulation**), filed February 21, 2023, by

Plaintiff/Counterclaim Defendant-Appellant Janet Arneson, the

papers in support, and the record, it appears that (1) the appeal

has been docketed; (2) the parties stipulate to dismiss the

appeal and bear their own attorneys' fees and costs; (3) the

Stipulation is dated and signed by counsel for all parties

appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, March 8, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge